UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-1150 JVS (RNBx) | Date | August 8, 2012 |
| Title | Patricia Hartley, et al. v. Depuy Orthopaedics, Inc., et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   <u>**Order To Show Cause re Jurisdiction**</u>

The Court has made a preliminary review of the jurisdictional allegations in the:

    <u>X</u>    Complaint, filed July 13, 2012

by Patricia Hartley *et al.* (collectively "Hartley").

The initial pleading invokes jurisdiction Court on the basis of diversity of citizenship, 28 U.S.C. § 1332. (Complaint, ¶ 8 .) Jurisdiction on this basis requires complete diversity. A corporation is a citizen of both its state of incorporation and its principal place of business. 28 U.S.C. 1332(c)(1).

The Complaint fails to set forth the state of incorporation for Depuy Orthopaedics, Inc. and Johnson & Johnson, Inc. Without this information, the Court cannot tell if jurisdiction has been properly invoked.

Hartley is ordered to file an amended initial pleading within 15 days specifying the missing states of incorporation.

**A failure to respond may result in dismissal for lack of jurisdiction.**

                                                                          0   :   00

Initials of Preparer   kjt